CRIMINAL CASE INFORMATION SHEET

Pittsburgh __x__     Erie _____     Johnstown _____          09-180

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1.  _____ Narcotics and Other Controlled Substances
1a. _____ Narcotics and Other Controlled Substances (3 or more Defendants)
2.  __x__ Fraud and Property Offenses
2a. _____ Fraud and Property Offenses (3 or more Defendants)
3.  _____ Crimes of Violence
4.  _____ Sex Offenses
5.  _____ Firearms and Explosives
6.  _____ Immigration
7.  _____ All Others

Defendant's name:                     Frank Guzik, Jr.

Is Indictment waived:        _____ yes    __x__ no

Pretrial Diversion:          _____ yes    __x__ no

Juvenile proceeding:         _____ yes    __x__ no

Defendant is:                __x__ Male    _____ Female

Superseding Indictment or
Information:                 __x__ yes     _____ no

   Previous case number:     09-180

If superseding, previous case was/will be:

   _____ Dismissed on defendant's motion
   __x__ Dismissed on government's motion
   _____ After appellate action
   _____ Other (explain)

County in which first
offense cited occurred:      Allegheny

Previous proceedings before
Magistrate Judge:            _____

   Case No.:                 _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date
continuous U.S. custody began: _____

Defendant: _____ is in custody __x__ is not in custody

Name of Institution: _____

Custody is on:  _____ this charge   _____ another charge

_____ another conviction

_____ State   _____ Federal

Detainer filed:   _____ yes   __x__ no

Date detainer filed: _____

Total defendants:  __2__

Total counts:  __25__

Data below applies to
defendant No.:  __1__

Defendant's name:  Frank Guzik, Jr.

## SUMMARY OF COUNTS

| COUNT NO. | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 1349 | Mail and Wire Fraud Conspiracy | x | |
| 2-6 | 18 U.S.C. § 1343 | Wire Fraud | x | |
| 7-15 | 18 U.S.C. § 1341 | Mail Fraud | x | |
| 16 and 17 | 18 U.S.C. § 1957(a) | Money Laundering | x | |
| 18-25 | 31 U.S.C. § 5324(a)(3) | Structuring Financial Transactions | x | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: FEB 15 2012

BRENDAN T. CONWAY
Assistant U.S. Attorney
PA ID No. 78726