IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 09-180 |
| | ) | |
| FRANK GUZIK, JR. | ) | |
| BONNIE GARDNER | ) | |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Brendan T. Conway, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant Frank Guzik, Jr., upon the grounds that a Superseding Indictment has been returned in the above-captioned criminal case charging the defendant with Mail and Wire Fraud Conspiracy, in violation of Title 18, United States Code, Section 1349 (Count 1); Wire Fraud, in violation of Title 18, United States Code, Section 1343 (Counts 2-6); Mail Fraud, in violation of Title 18, United States Code, Section 1341 (Counts 7-15); Money Laundering, in violation of Title 18, United States Code, Section 1957(a)(Counts 16 & 17); and Structuring Financial

Transactions, in violation of Title 31, United States Code, Section 5324(a)(3)(Counts 18-25).

Recommended bond: Detention.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

By: BRENDAN T. CONWAY
Assistant U.S. Attorney
PA ID No. 78726